NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
RENE OMAR PEREZ ESTRADA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RENE OMAR PEREZ ESTRADA,<br><br>                Defendant. | CASE NO. 2:16-CR-00110-TLN<br><br><u>ORDER FOR SUBSTITUTION OF ATTORNEY</u> |

      Defendant, RENE OMAR PEREZ ESTRADA, hereby substitutes Nicholas F. Reyes, with law offices at 1107 "R" Street, Fresno, California 93721, in place and stead of CLEMENTE JIMENEZ, ESQ.

Dated: June 30, 2017                          /s/ Rene Omar Perez Estrada
                                                Rene Omar Perez Estrada, Defendant

Dated: July 5, 2017                             /s/ Clemente Jimenez
                                                Clemente Jimenez, Esq.

I accept the above substitution.

Dated: June 30, 2017                          /s/ Nicholas F. Reyes
                                                Nicholas F. Reyes, Esq.

IT IS ORDERED.

Dated: July 6, 2017

                                                    Troy L. Nunley
                                                    United States District Judge